RECEIVED

SEP 0 5 2018

CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

To: United States District Court for the Western District Of Texas Austin Division

Re: A-18-CV-713-LY-ML

Plaintiff: Ethel Pogue

Defendant: Texas Workforce Commission Et Al.,

## MORE DEFINITE STATEMENT

Regarding Robert Dwyer Jr: On July 26th, 2018 @ 10:15 am. I was doing an appeal tribunal hearing with Southwest Credit Systems . The hearing officer Robert Dwyer Jr had already prejudged the hearing and did let me no so. No documents where used. I am filing against him for violating my civil rights to a fair hearing. Also, there was not a decision made on the hearing on that date. I called 2 weeks after the hearing and never received a call back. So, I called Chris Oakley Assistant Supervisor.

Regarding Chris Oakley On August 16th, 2018 @ 3:43 pm I spoke with Mr. Oakley regarding the civil rights violation and advised him that a decision need to be made regarding the hearing I have with Robert Dwyer Jr he stated he listen to it and that he could not make a decision on it bases on the violations from the Hearing officer and refuse to send to the Commission of Appeal . He too continued to violate my civil rights by not letting it go to the Commission of Appeal process and want to conceal and taper with the evidence he also falsified information on the computer system about my number being busy I only have a cell phone. they don't give busy signal. I am schedule another hearing on 9-7-2018. But I had been put in a citation that had nothing to do with me. I have no money the evidence was in my favor. Another hearing is proof of allegations.

I have numerous people I have spoken with including the Director of the Appeals Department Mellissa M. Butler & Mary from the Commission Appeal Department. I would like my back pay and mental anguish for the court to order and investigation on the Appeals Department. Both parties need to be reprimanded for their cover up. I had to call them and complain they were not going to contact me. There may be other's that have been violated. All calls where recorded .

Respectfully Submitted. All is true to the best of my knowledge

*Ethel Pogue*
Ethel Pogue

Date 8-30-2018

To: United States District Court for the Western District Of Texas Austin Division

Re: A-18-CV-713-LY-ML

Plaintiff: Ethel Pogue

Defendant: Texas Workforce Commission Et Al.,

MORE DEFINITE STATEMENT

Regarding Robert Dwyer Jr: On July 26th, 2018 @ 10:15 am. I was doing an appeal tribunal hearing with Southwest Credit Systems. The hearing officer Robert Dwyer Jr had already prejudged the hearing and did let me no so. No documents where used. I am filing against him for violating my civil rights to a fair hearing. Also, there was not a decision made on the hearing on that date. I called 2 weeks after the hearing and never received a call back. So, I called Chris Oakley Assistant Supervisor.

Regarding Chris Oakley On August 16th, 2018 @ 3:43 pm I spoke with Mr. Oakley regarding the civil rights violation and advised him that a decision need to be made regarding the hearing I have with Robert Dwyer Jr he stated he listen to it and that he could not make a decision on it bases on the violations from the Hearing officer and refuse to send to the Commission of Appeal. He too continued to violate my civil rights by not letting it go to the Commission of Appeal process and want to conceal and taper with the evidence he also falsified information on the computer system about my number being busy I only have a cell phone. they don't give busy signal. I am schedule another hearing on 9-7-2018. But I had been put in a citation that had nothing to do with me. I have no money the evidence was in my favor. Another hearing is proof of allegations.

I have numerous people I have spoken with including the Director of the Appeals Department Mellissa M. Butler & Mary from the Commission Appeal Department. I would like my back pay and mental anguish for the court to order and investigation on the Appeals Department. Both parties need to be reprimanded for their cover up. I had to call them and complain they were not going to contact me. There may be other's that have been violated. All calls where recorded.

Respectfully Submitted. All is true to the best of my knowledge

Ethel Pogue

8-30-2018