RECEIVED
NOV 13 2018
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

See reverse side for instructions

# TEXAS WORKFORCE COMMISSION
## Austin, Texas

### FINDINGS AND DECISIONS OF COMMISSION
### UPON REVIEW OF CLAIM FOR BENEFITS

**OCT 3 0 2018**
Date Mailed

C L A I M A N T

ETHEL V POGUE
2175 S STATE HIGHWAY 121 # A2001
LEWISVILLE, TX 75067-6578

Case Number:
2303455-2

Social Security Number:
XXX-XX-5314

E M P L O Y E R

SWC COMPANIES GP LLC ET AL
SWC GROUP LP
4120 INTERNATIONAL PKWY STE 1100
CARROLLTON, TX 75007-1958

Prior Decision Date:
September 7, 2018

Appeal Filed by: Claimant

The Commission has considered the appeal filed from the Appeal Tribunal decision identified above and, after due consideration of the decision and the complete record herein, is of the opinion that the case was properly decided by the Appeal Tribunal. The Commission hereby adopts the findings of fact and conclusions of law of the Appeal Tribunal, as if the same were copied herein in full.

The decision of the Appeal Tribunal is in all respects affirmed.

The last day a timely appeal may be filed is __NOV 1 3 2018__. This date includes holidays and weekends as authorized by Commission Rule.

Robert D. Thomas
Commissioner Representing the Public

Ruth R. Hughs
Commissioner Representing Employers

I dissent

Julian Alvarez
Commissioner Representing Labor



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ETHEL VENICE POGUE, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:18-CV-713-LY |
| § | |
| TEXAS WORKFORCE COMMISSION, § | |
| HEARING OFFICER ROBERT § | |
| DWYER, JR.; AND CHRISTOPHER § | |
| OAKLEY, SUPERVISOR, § | |
|     DEFENDANTS. § | |

## ORDER

Before the court are Plaintiff's "Motion for Continuance" (Doc. #7) and "Motion for Reconsideration" (Doc. #8) filed September 17, 2018 (Doc. #6). Although the motions are not clear, it appears Plaintiff seeks additional time to file objections to the Report and Recommendation of the United States Magistrate Judge filed September 7, 2018 (Doc. #6) so that she may obtain a hearing record, and seeks to supplement evidence. Having considered the motions, the court is of the opinion that Plaintiff's motion for continuance should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion for Continuance" filed September 17, 2018 (Doc. #7) is **GRANTED AS FOLLOWS**: Plaintiff's objections to the magistrate judge's report and recommendation, if any, shall be filed **on or before November 9, 2018**.

Plaintiff's "Motion for Reconsideration" remains pending at this time.

SIGNED this ____7th____ day of October, 2018.

                                                          LEE YEAKEL
                                                        UNITED STATES DISTRICT JUDGE